IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DONNA J. SLASOR,** | : |
| | : |
| Plaintiff, | :  Case No. 2:05-MC-050 |
| | : |
| v. | :  JUDGE ALGENON L. MARBLEY |
| | : |
| **EARL BRECKENRIDGE, et al,** | : |
| | : |
| Debtors. | : |

## ORDER

This matter is before the Court on Plaintiff Donna J. Slasor's Motion to Withdraw the Automatic Reference to the Bankruptcy Court (Doc. 1) and Motion for a Status Conference (Doc. 5), and Debtors Earl Breckenridge, et al.'s Motion for Extension of Time (Doc. 2). Upon representation of Plaintiff's counsel, Plaintiff Donna J. Slasor is deceased. As a result, this case will be closed. If any party objects to the closing of the case, that party should file a motion to reopen the case.

**IT IS SO ORDERED.**

       /s Algenon L. Marbley
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**Dated: September 1, 2010**